In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-508 CV


____________________



FORD MOTOR CREDIT COMPANY, Appellant



V.



LONNIE BEAN AND FREDDIE BEAN, Appellees






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-172017






 MEMORANDUM OPINION 


 On January 5, 2006, we notified the parties that the notice of appeal did not identify
a judgment or other appealable order. The appellant filed a response but failed to identify
any authority in support of appellate jurisdiction.

 The notice of appeal seeks to appeal an order granting summary judgment as to one
of two defendants in the case. The clerk's record does not contain an order of severance. 
The trial court has not signed its final judgment on the case. No appealable order has been
signed by the trial court. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex.
2001). The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.


 ___________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered February 2, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.